UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
BING ZHANG, et al.,

              Plaintiffs,

15 CV 628 (SJ) (RER)

   -against-

**ORDER ADOPTING REPORT AND RECOMMENDATION**

RED MOUNTAIN NOODLE HOUSE, INC.,

              Defendant.
--------------------------------------------------------X
A P P E A R A N C E S

HANG & ASSOCIATES
136-18 39th Avenue
Suite 1003
Flushing, NY 11354
By:    Marisol Santos
*Attorney for Plaintiffs*

JOHNSON, Senior District Judge:

Presently before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge Ramon E. Reyes. Judge Reyes issued the Report on July 5, 2016, and provided the parties until August 1, 2016 to file any objections. Neither party filed any objections to the Report. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court

1

proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Reyes' recommendations were due on August 1, 2016. No objections to the Report were filed with this Court. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Reyes' Report in its entirety. The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: August 2, 2016 _____/s/_____
      Brooklyn, NY               Sterling Johnson, Jr., U.S.D.J.